CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorney for Plaintiff DAZELL MALLORY

Michael L. Yeung, SBN 216184
Law Offices of Michael L. Yeung
2300 East Gladwick Street
Rancho Dominguez, CA 90220
Telephone: 310-223-0330
Facsimile: 310-223-0331

Attorney for Defendants, HOMONG PAN, individually and dba FOOTHILL WASHHOUSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAZELL MALLORY, | Case No.: 3:14-cv-02298-NC |
| Plaintiff, | **STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); &** [~~PROPOSED~~]**ORDER THEREON** |
| v. | |
| HOMONG PAN, INDIVIDUALLY and dba FOOTHILL WASHHOUSE; and Does 1-50, | |
| Defendants. | |

**STIPULATION**

IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/its own attorneys' fees and costs. This stipulation is made as to the result of the settlement of the action.

Dated: September 4, 2014                    VAUGHAN & ASSOCIATES

By:  /s/ Cris C. Vaughan
                    Cris C. Vaughan
                    Attorney for Plaintiff

1 | Dated: September 4, 2014                    LAW OFFICES OF MICHAEL L. YEUNG

                                  By:   /s/ Michael L. Yeung
                                        Michael L. Yeung,
                                        Attorney for Def[endants

[Proposed] Order

IT IS HEREBY ORDERED that the complaint of plaintiff in this matter is dismissed with prejudice in its entirety.

Dated:  September 4 , 2014

GRANTED
Judge Nathanael M. Cousins